UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 10-7-DLB-4**

**UNITED STATES OF AMERICA**                                                                                         **PLAINTIFF**


vs.              <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>


**SHANTA JACKSON**                                                                                                         **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Shanta Jackson's supervised release and impose a sentence of seven (7) months of incarceration, with no supervised release to follow. (Doc. # 300). At the final revocation hearing conducted by Magistrate Judge Atkins on October 15, 2015, the Defendant admitted to violating the terms of her supervised release as set forth in the Supervised Release Violation Report and Addendum. (Doc. # 240). Defendant also waived her right to allocution. (Doc. # 298). No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R and concluding that it is sound in all respects, and being otherwise sufficiently advised,

      **IT IS ORDERED** as follows:

      (1)    The Report and Recommendation (Doc. # 300) is hereby **adopted** as the findings of facts and conclusions of law of the Court;

1

  (2) Defendant is found to have **violated** the terms of her supervised release;

  (3) Defendant's supervised release is hereby **revoked**; and

  (4) Defendant is **sentenced** to the **custody** of the Attorney General for a period of **seven (7) months**, with no supervised release to follow.

  This 30th day of November, 2015.



Signed By:
**David L. Bunning**
United States District Judge

J:\DATA\ORDERS\Ashland Criminal\2010\10-7-4 Order Adopting R&R re SR.wpd